UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael G. Cheney</u>

        v.                  Civil No. 10-cv-449-PB

<u>Robert C. Barry, et al</u>

<u>O R D E R</u>

After considering the plaintiff's objection filed January 13, 2011, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 7, 2011, for the reasons set forth therein. The case is hereby dismissed in its entirety.

SO ORDERED.

January 13, 2011                        <u>/s/ Paul Barbadoro</u>
                                               Paul Barbadoro
                                               United States District Judge

cc:      Michael G. Cheney
           Carroll County Department of Corrections
           Day Room 2
           PO Box 688
           Ossipee, NH 03864